**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1359**

———————

DONALD W. ANDREWS, JR.,

       Plaintiff – Appellant,

   v.

DEBORAH M. PAXSON, Individually, and in her official capacity as a Presiding Judge of the Virginia Beach Juvenile and Domestic Relations Court,

       Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (3:11-cv-00518-JRS)

———————

Submitted: September 6, 2012     Decided: September 19, 2012

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Donald W. Andrews, Jr., Appellant Pro Se. Ryan Fitzgerald Furgurson, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald W. Andrews, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Andrews v. Paxson, No. 3:11-cv-00518-JRS (E.D. Va. Feb. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2